AARON ALTMAYER, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued March 8, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made the first Monday in April, 1891, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Julien T. Davies* for appellants.

*Charles Gibson Bennett* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.